YANDLE v. BROWN

No. 259P93

Case below: 110 N.C.App. 318

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.